**Paul E. RHODES, Appellant,**

v.

**Norval HOUSTON et al., Appellees.**

**No. 16990.**

United States Court of Appeals
Eighth Circuit.

Nov. 29, 1962.

Paul E. Rhodes, Howe, Neb., made argument pro se and filed brief.

Robert A. Nelson, Special Asst. Atty. Gen., Nebraska, Lincoln, Neb., made argument for appellees and Clarence A. H. Meyer, Atty. Gen., and Dwain L. Jones, Asst. Atty. Gen., of Nebraska were with him on the brief.

Before SANBORN and BLACKMUN, Circuit Judges, and REGISTER, District Judge.

PER CURIAM.

This is an appeal from the order of the United States District Court for the District of Nebraska dismissing appellant's complaint. The exhaustive opinion of the trial court (Judge Van Pelt) published at 202 F.Supp. 624 contains a careful and detailed analysis of the essential facts. Judge Van Pelt's well considered conclusions, which we believe to be correct and with which we concur, are supported by a wealth of authority. On the basis of said opinion, the judgment of the trial court is affirmed. Also see: Kostal v. Stoner, 10 Cir., 292 F.2d 492, certiorari denied 369 U.S. 868, 82 S.Ct. 1032, 8 L.Ed.2d 87 (4/30/62), rehearing denied 370 U.S. 920, 82 S.Ct. 1559, 8 L.Ed.2d 500 (6/11/62).

**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant,**

v.

**T. O. BANCROFT et ux., Appellees.**

**No. 19751.**

United States Court of Appeals
Fifth Circuit.

Dec. 5, 1962.

Rehearing Denied Jan. 15, 1963.

Robert Lee Curry, III, Monroe, La., for appellant.

Burt W. Sperry, Monroe, La., Benjamin C. King, Clarence L. Yancey, Shreveport, La., for appellees.

Before HUTCHESON, CAMERON and JONES, Circuit Judges.

HUTCHESON, Circuit Judge.

This is a close and difficult case. It presents the question of liability under an insurance policy insuring the liability of tax accountants. The district judge in his opinion [1] dealt fully and carefully with all the questions presented on this appeal and we think decided them correctly. It will be sufficient, therefore, for us, approving and adopting his opinion in substance, to order the judgment appealed from affirmed.

Affirmed.

1. Bancroft v. Indemnity Insurance Company of North America, D.C., 203 F.Supp. 49.